Document Removed From the Record Per Court Order.

Dockets.Justia.com