# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7029 | **DATE** | 2/24/2010 |
| **CASE TITLE** | Playboy.com vs. Fetman | | |

**DOCKET ENTRY TEXT**

Case is dismissed with prejudice pursuant to settlement. Status hearing set for 2/25/2010 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|